# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WADE ALAN KNIGHT,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>ELKO COUNTY, et al.,<br><br>　　　　　　　　　　Defendants. | 3:22-cv-00331-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 71 |

　　　　Before the court is Plaintiff's Motion to Extend Discovery. (ECF No. 71.) Defendants have opposed Plaintiff's motion (ECF No. 76) and there has been no reply.

　　　　Plaintiff requests an extension of the discovery deadline because he needs "the Elko County Detention policy manual as well as the camera placement policy and video access policy and have not received them." (ECF No. 71 at 1.)

　　　　The court believes there has been more than sufficient time (roughly seven months) to complete discovery. Additionally, Plaintiff's motion fails to comply with LR 26-3 which states "A motion or stipulation to extend a discovery deadline or to reopen discovery must include: (a) A statement specifying the discovery completed; (b) A specific description of the discovery that remains to be completed; (c) The reasons why the deadline was not satisfied or the remaining discovery was

not completed within the time limits set by the discovery plan; and (d) A proposed schedule for completing all remaining discovery."

Plaintiff's Motion to Extend Discovery (ECF No. 71) is **DENIED**.

**IT IS SO ORDERED.**

DATED: July 6, 2023.

_____
UNITED STATES MAGISTRATE JUDGE