# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WADE ALAN KNIGHT,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>ELKO COUNTY, et al.,<br><br>　　　　　　　　　　Defendants. | 3:22-cv-00331-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 86 |

　　　Before the court is Plaintiff's Motion for Extension of Time to File Response to Defendants' Motions for Summary Judgment. (ECF No. 86.) Plaintiff states he was transferred from the NDOC to Elko County Jail to attend trial and does not have "the materials or document to successfully submit an opposition." (*Id.* at 1.)

　　　Good cause appearing, Plaintiff's Motion for Extension of Time to File Response to Defendants' Motions for Summary Judgment (ECF No. 86) is **GRANTED** to the extent that Plaintiff shall have to and including **Friday, October 6, 2023**, in which to file a response to Defendants' Motions for Summary Judgment (ECF Nos. 81, 85).

　　　**IT IS SO ORDERED.**

　　　DATED: August 21, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1