UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WADE ALAN KNIGHT,

    Plaintiff

v.

ELKO COUNTY, et al.,

    Defendants

Case No.: 3:22-cv-00331-MMD-CSD

**Order**

Defendants Elko County, Narvaiza and Parry have filed a motion for summary judgment. (ECF No. 81.) Defendant Ricks also filed a motion for summary judgment. (ECF No. 85.)

On August 16, 2023, Plaintiff requested an extension of time to file his response to the motions. (ECF No. 86.) The court granted his request on August 21, 2023, and gave Plaintiff until October 6, 2023, to file his response. (ECF No. 87.)

Plaintiff subsequently filed a notice of change of address dated August 25, 2023, indicating he was no longer at the Elko County Jail, and is now residing in custody at Northern Nevada Correctional Center (NNCC). (ECF No. 88.)

On September 11, 2023, the court received the August 21, 2023 order (ECF No. 87) back as undeliverable, with a notation Plaintiff was no longer in custody at the Elko County Jail. (ECF No. 91.)

On October 10, 2023, Defendants Elko County, Narvaiza and Lt. Parry filed a reply in support of their as of yet unopposed motion for summary judgment. (ECF No. 92.)

Given Plaintiff's change in custody from the Elko County Jail to NNCC, the court will give Plaintiff one final opportunity to file his responses to Defendants' motion for summary

judgment. Plaintiff has up to and including **November 1, 2023**, to file his responses to Defendants' motions for summary judgment (ECF Nos. 81 (defendants Elko County, Narvaiza, and Parry) and 85 (defendant Ricks)).

As such, the reply brief filed by defendants Elko County, Narvaiza, and Parry (ECF No. 92) is **STRICKEN**.

Defendants have up to and including **November 15, 2023**, to file their reply briefs.

The **Clerk** shall serve this Order on Plaintiff at NNCC.

**IT IS SO ORDERED**.

Dated: October 18, 2023

_____
Craig S. Denney
United States Magistrate Judge